# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLEEN THERESE STOCKWELL,
Appellant,

vs.

ELLEN STOCKWELL,
Respondent.

No. 68541



FILED

FEB 11 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]



, C.J.

cc:  Hon. Linda Marquis, District Judge
     Robert Gaston, Settlement Judge
     The Hill Law Group
     Nehme-Tomalka & Associates
     Eighth District Court Clerk

---

[1]It appears that all other provisions contained in the stipulation are more appropriately considered in the district court rather than this court.

16-04544